435 A.2d 910

Commonwealth v. Benson, Appellant.

 Submitted December 4, 1980. James Edward Mugford, Sr., for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is hereby affirmed.